425 A.2d 15

Tesauro v. Baird et al, etc.

Appeal of Baird et al.

Argued March 22, 1979. Richard D. Malmed, for appellants; Herbert S. Levin, for appellees.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment affirmed.